UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    FRANK ABREN  
    CUBIE P ABREN  
        Debtor(s)

Case No. 10-51256

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/16/2010.

2) The plan was confirmed on 01/27/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 12/09/2015.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 66.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $43,300.00.

10) Amount of unsecured claims discharged without payment: $150,353.89.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

    Total paid by or on behalf of the debtor    $72,031.04
    Less amount refunded to debtor    $56.73

**NET RECEIPTS:**    **$71,974.31**

**Expenses of Administration:**

    Attorney's Fees Paid Through the Plan    $3,500.00
    Court Costs    $0.00
    Trustee Expenses & Compensation    $3,342.66
    Other    $41.50

**TOTAL EXPENSES OF ADMINISTRATION:**    **$6,884.16**

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANCED HEART GROUP SC | Unsecured | 57.00 | 57.27 | 57.27 | 5.73 | 0.00 |
| AMERICAN GENERAL FINANCE | Unsecured | 4,001.00 | 6,878.53 | 6,878.53 | 687.85 | 0.00 |
| ARS National Services | Unsecured | 1,175.00 | NA | NA | 0.00 | 0.00 |
| AT & T BANKRUPTCY | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 200.00 | 365.75 | 365.75 | 36.58 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | NA | 7,514.37 | 7,514.37 | 751.44 | 0.00 |
| CARDIAC CONSULTING GROUP | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| CARDIAC CONSULTING GROUP | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| CHARTER ONE | Unsecured | 1,311.19 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | 3,785.00 | 4,735.13 | 4,735.13 | 473.51 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 610.00 | 610.00 | 610.00 | 61.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Unsecured | 806.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Secured | NA | 514.18 | 514.18 | 514.18 | 0.00 |
| COOK COUNTY HOSPITAL | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| EM STRATEGIES | Unsecured | 366.00 | NA | NA | 0.00 | 0.00 |
| ENVISION | Unsecured | 61.00 | 61.92 | 61.92 | 6.19 | 0.00 |
| HOME DEPOT | Unsecured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| ID SPECIALISTS LTD | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | NA | 2,191.51 | 2,191.51 | 2,191.51 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 352.32 | 352.32 | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 1,068.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 1,068.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 177.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MIDWEST EMERGENCY | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MIDWEST EMERGENCY | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 19,757.00 | 28,881.72 | 28,881.72 | 28,881.72 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 318.00 | 318.96 | 318.96 | 31.90 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 467.00 | 467.62 | 467.62 | 46.76 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 2,044.00 | 943.09 | 943.09 | 94.31 | 0.00 |
| LVNV FUNDING | Unsecured | 5,914.00 | 5,939.53 | 5,939.53 | 593.95 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LVNV FUNDING | Unsecured | 1,199.00 | 1,203.74 | 1,203.74 | 120.37 | 0.00 |
| MCHENRY SAVINGS BANK | Unsecured | NA | 23,485.24 | 23,485.24 | 2,348.52 | 0.00 |
| MERCY HOSPITAL & MEDICAL CENT | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 8,046.00 | 8,046.25 | 8,046.25 | 804.62 | 0.00 |
| MONTGOMERY WARD | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL PEN COMPANY | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| NEW LENOX FIRE AMBULANCE | Unsecured | 980.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 840.00 | 1,617.88 | 1,617.88 | 161.79 | 0.00 |
| PRIMARY HEALTHCARE ASSOCIATE | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE INSURANCE | Unsecured | 80.80 | NA | NA | 0.00 | 0.00 |
| QVC | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING SPECIALISTS | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| REVELATION/FIDELITY FED BANK | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 7,189.00 | 0.00 | 1,200.70 | 120.07 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 11,400.00 | 19,789.70 | 18,589.00 | 18,589.00 | 722.83 |
| SEARS CBSD | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 1,170.35 | NA | NA | 0.00 | 0.00 |
| SOCIAL SECURITY ADMIN | Unsecured | NA | 51,974.90 | 51,974.90 | 5,197.49 | 0.00 |
| SOUTH SUBURBAN HOSPITAL | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 0.00 | 688.26 | 688.26 | 68.83 | 0.00 |
| UNITED RECOVERY SERVICE | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| US BANK TRUST | Secured | 100,000.00 | 125,421.09 | NA | 0.00 | 0.00 |
| US BANK TRUST | Unsecured | 20,213.00 | NA | NA | 0.00 | 0.00 |
| US BANK TRUST | Secured | 0.00 | 3,409.41 | 2,580.00 | 2,580.00 | 0.00 |
| US CELLULAR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 851.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $2,580.00 | $2,580.00 | $0.00 |
| Debt Secured by Vehicle | $18,589.00 | $18,589.00 | $722.83 |
| All Other Secured | $514.18 | $514.18 | $0.00 |
| **TOTAL SECURED:** | **$21,683.18** | **$21,683.18** | **$722.83** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $31,073.23 | $31,073.23 | $0.00 |
| **TOTAL PRIORITY:** | **$31,073.23** | **$31,073.23** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$116,461.46** | **$11,610.91** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $6,884.16 |
| Disbursements to Creditors | $65,090.15 |
| **TOTAL DISBURSEMENTS** : | **$71,974.31** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/03/2016        By: /s/ Tom Vaughn
                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**